IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEANTE GHOLSTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-444 (MTT) |
| Warden **CARL HUMPHREY**, et al., | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 25). The Magistrate Judge recommends denying the Plaintiff's motion for a preliminary injunction (Doc. 24) because he cannot establish the prerequisites for this relief.

The Plaintiff has filed an objection to the Recommendation. (Doc. 35). Pursuant to 28 U.S.C. 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. At this time, the Plaintiff has not demonstrated that he is likely to succeed on the merits or that he will suffer irreparable injury in the absence of injunctive relief.

Consequently, the Recommendation is **ADOPTED** and made the Order of the Court. The Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 23rd day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT