IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEANTE GHOLSTON,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-444(MTT) |
| Warden **CARL HUMPHREY**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's motion for a preliminary injunction.  (Docs. 133; 138).  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's motion for a preliminary injunction is **DENIED**.  (Doc. 133).

**SO ORDERED,** this 9th day of November, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT